# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

|  |  |
|---|---|
| SHEKEERA GREENE, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 3:17-cv-00026-REP |
| UNITED STATES POSTAL SERVICE, | ) ) ) |
| Defendant. | ) |

## JOINT MOTION TO APPROVE SETTLEMENT

COME NOW Plaintiffs Shekeera Greene et al. and Defendant United States Postal Service, by their respective counsel, and pursuant to the Court's April 23, 2018 Order [Doc. 89] hereby jointly move the Court for entry of an Order approving the settlement reached by the parties in this case. The grounds for this Motion are set forth in the accompanying Memorandum in Support. A proposed Order approving the settlement and making the appropriate dismissal is filed herewith.

Respectfully submitted:

Shekeera Greene, et al., Individually,
and all others similarly situated,

By:____/s/_____
Harris D. Butler, III, (VSB No. 26483)
Zev H. Antell (VSB No. 74634)
Paul M. Falabella (VSB No. 81199)
Butler Royals, PLC
140 Virginia Street, Ste. 302
Richmond, Virginia 23219
Tel:   (804) 648-4848
Fax:   (804) 237-0413

Email: harris.butler@butlerroyals.com
zev.antell@butlerroyals.com
paul.falabella@butlerroyals.com

*Counsel for Plaintiffs*

United States Postal Service

By:_____/s/_____
Jonathan H. Hambrick (VSB No. 37590)
Assistant U.S. Attorney
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 819-5495
Fax: (804) 771-2316
Email: jay.h.hambrick@usdoj.gov

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jonathan H. Hambrick (VSB No. 37590)
Assistant U.S. Attorney
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, VA 23219
Email: jay.h.hambrick@usdoj.gov

*Counsel for Defendant*

/s/   Paul M. Falabella_____
Paul M. Falabella (VSB No. 81199)
Butler Royals PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
Tel: 804-648-4848
Fax: 804-237-0413
Email: paul.falabella@butlerroyals.com