**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  |  |  |
|---|---|---|
| SHEKEERA GREENE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:17-cv-00026-REP |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## [Proposed] ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT

For the reasons set forth on the record on June 13, 2018, it is hereby ORDERED that the Joint Motion to Approve Settlement [Doc. 90] is GRANTED.

Applying the test from *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350 (11th Cir. 1982), the Court finds there is an actual FLSA issue in dispute, the terms of the settlement are fair and reasonable, and the attorneys' fees and costs provided in the agreement are reasonable.

It is therefore ORDERED that the Joint Motion is GRANTED and that the Settlement Agreement is approved in whole. It is FURTHER ORDERED that, consistent with the Joint Motion and the Settlement Agreement:

1.    The previous Order [Doc. 84] granting the parties' Joint Motion to Sever Time Alterations Claims [Doc. 75] is VACATED at the parties' request;

2.    Non-responsive, declining, and improper Plaintiffs Marvin Campbell, Verna Carroll, Hosheayahu Eyahudi, Cetori Thomas, and Myrtle Wright are DISMISSED WITHOUT PREJUDICE;

3.    All remaining Plaintiffs who have accepted the terms of the Settlement Agreement are DISMISSED WITH PREJUDICE.

It is so ORDERED.

_____ /s/    REP_____

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: June 13 2018

2